# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ORIENTAL BANK**<br><br>**Plaintiff,**<br><br>v.<br><br>**MANFRED PENTZKE LEMUS, et al.**<br><br>**Defendants** | **CIVIL NO.: 24-1550**<br><br>**ACTION FOR VIOLATIONS OF THE ORGANIZED CRIME CONTROL ACT OF 1970 (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT (RICO), 18 U.S.C. §§ 1961 – 1968); COLLECTION OF MONEY; DAMAGES**<br><br>**JURY TRIAL IS DEMANDED** |

## MOTION FOR ENTRY OF DEFAULT

**TO THE HONORABLE COURT**:

  **COMES NOW** Plaintiff, Oriental Bank (hereinafter, "Oriental"), through the undersigned attorneys, and respectfully states and prays as follows:

  1. On November 29, 2024, Oriental filed the Complaint in the captioned case. See, Docket No. 1.

  2. On December 6, 2024, the Clerk of the Court issued the Summons as to all the defendants. See, Docket No. 6.

  3. Oriental executed service of process upon the following codefendants in the following dates:

| **Defendant** | **Date of Service of Summons** |
|---|---|
| Alexandra Dávila Ortiz | 1/18/2025 |
| Ivelisse Nieves Irizarry | 1/18/2025 |
| Rafael Mejías González | 1/18/2025 |
| Ricardo Ramos Moyet | 1/18/2025 |
| Julio Veras De Jesús | 1/18/2025 |
| Javier Vélez Torres | 1/19/2025 |

| Name | Date |
|---|---|
| Luis Reyes Sandoval | 1/19/2025 |
| Maximino Vera Rivera | 1/19/2025 |
| Emmanuel Maysonet Cruz | 1/22/2025 |
| Nelson Rodríguez Vega | 1/22/2025 |
| Alexis Pantoja Díaz | 1/28/2025 |
| CTO, Inc | 1/28/2025 |
| Ismael Ramírez Zayas | 1/28/2025 |
| Jan Daniel García Sánchez | 1/28/2025 |
| Jancarlo Morales | 1/28/2025 |
| Jiovannie García Sánchez | 1/28/2025 |
| Omar Orlando Santana Rodríguez | 1/28/2025 |
| Orlando Román Nieves | 1/28/2025 |
| Christopher Molina Chévere | 1/29/2025 |
| Saúl Lemuel Maldonado Acosta | 1/29/2025 |
| Arnaldo Dávila Rivera | 1/30/2025 |
| Norberto Torres Colón | 1/30/2025 |
| Tashia Chezette Maysonet Massó | 1/30/2025 |
| Arnaldo Rodríguez Camacho | 2/1/2025 |
| Josearyam Gotay León | 2/1/2025 |
| Tatiana Mari Lebrón | 2/1/2025 |
| Yanhzee Puig Maysonet | 2/2/2025 |
| Jonatan Ben David Prieto Ruiz de Val | 2/3/2025 |
| Rubén Rafael González Rodríguez | 2/3/2025 |
| Wilfredo Josset Vázquez Rivera | 2/3/2025 |
| Virnabia Ruiz de Jesús | 2/4/2025 |
| Elveen Padilla Báez | 2/5/2025 |
| Roberto Argenis Fragoso Negrón | 2/5/2025 |
| Carlos José Aristizabal | 2/6/2025 |
| Elimadier Jiménez Ortiz | 2/7/2025 |
| Gamaliel Rivera Aponte | 2/8/2025 |
| Carlos Enrique Nevárez Correa | 2/10/2025 |
| Homar Javier Horta Torres | 2/10/2025 |
| Alberto Couvertie Herrera | 2/11/2025 |
| Jayson Pastrana Román | 2/11/2025 |
| Luis Pastrana Román | 2/11/2025 |
| Edwin Meléndez Rodríguez | 2/12/2025 |
| Julia Cecilia Santiago Salgaso | 2/12/2025 |
| Giovanni Manuel Rivera Reyes | 2/13/2025 |
| Rafael González Casalduc | 2/14/2025 |

4. More than 21 days have elapsed from the date of service and the above referenced defendants have not filed the answer to the Complaint nor otherwise pleaded in the instant proceedings.

5. Accordingly, Oriental requests the entry of default against the above referenced defendants pursuant to Fed. R. Civ. P. 55(a).

**WHEREFORE**, Oriental respectfully requests the entry of default against the defendants identified in paragraph 3 of this Motion.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**: We certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this 14th day of March 2025.

**DELGADO & FERNÁNDEZ, LLC**
*Attorneys for Oriental Bank*
T Mobile Center at San Patricio
B7 Tabonuco St. Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

s/Alfredo Fernández Martínez
**ALFREDO FERNÁNDEZ MARTÍNEZ**
USDC-PR No. 210511
afernandez@delgadofernandez.com

s/ Pedro A. Hernández Freire
**PEDRO A. HERNÁNDEZ FREIRE**
USDC-PR No. 231702
phernandez@delgadofernandez.com

s/ Eduardo L. Hernández Freire
**EDUARDO L. HERNÁNDEZ FREIRE**
USDC-PR No. 305802
ehernandez@delgadofernandez.com