## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ORIENTAL BANK**<br>      PLAINTIFF.<br><br>v.<br><br>**PENTZKE LEMUS, ET AL.**<br>      DEFENDANTS. | **CIVIL CASE NO.:** 24-01550 (MAJ) |

## MOTION FOR JOINDER OF MOTION TO DISMISS

**TO THE HONORABLE COURT**:

    **COMES NOW**, codefendant Stefania Vélez Echevarría (hereinafter, "Ms. Vélez" or "Defendant") by and through the undersigned attorney, and very respectfully states and prays as follows:

    1.    In accordance with Rule10(c) of the Federal Rules of Civil Procedure, a party is allowed to adopt by reference statements and pleadings of any other pleading or motion within a case. Fed. R. Civ. P. 10(c).

    2.    Codefendant Raymond Bosque-Del Toro filed a *Motion to Dismiss* on March 18th, 2025. *See Docket number 163*.

    3.    In said pleading, Codefendant Raymond Bosque-Del Toro requested the Honorable Court to dismiss the Complaint for the following reasons: (1) failure to meet Rule 9(b)'s pleading standards for fraud; (2) failure to plead predicate acts of racketeering; (3) lack of standing; (4) failure to to establish a pattern of racketeering; and (5) failure to plead that the predicate acts are sufficiently related to establish a "pattern."; among others. *See Docket number 163*.

    4.    The appearing Codefendant has reviewed Codefendant Raymond Bosque-Del

Toro's motion to dismiss and wishes to join in and adopt in its *entirety* the contents of said motion, as they relate identically to Stefania Vélez Echevarría.

5.      The appearing party hereby adopts by reference and joins Raymond Bosque-Del Toro statements and pleadings on his *Motion to Dismiss*, insofar as the allegations relate to the appearing codefendant, Stefania Vélez Echevarría, requesting dismissal of the present claim against codefendant Stefania Vélez Echevarría. *See Docket Number 163*.

**WHEREFORE**, we respectfully request from this Honorable Court that this motion for joinder be granted and that the Complaint against Stefania Vélez Echevarría be dismissed accordingly.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification electronically to all counsel of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of March 2025.

s/ Gilberto J. Oliveras Maldonado
**Gilberto J. Oliveras Maldonado**
USDC-PR No. 307701
goliveras@oliveraslegal.com
PO Box 36-2671
San Juan, PR 00936-2671
(787) 340-5556

2