UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ORIENTAL BANK**<br><br>**Plaintiff**<br><br>v.<br><br>**MANFRED PENTZKE LEMUS, et als.**<br><br>**Defendants** | **CIVIL NO.: 24-01550 (MAJ)** |

## PARTIAL JUDGMENT

On this same date the parties filed a Motion for Voluntary Dismissal with Prejudice (**ECF No. 618**) as to co-defendant RAFAEL GONZALEZ CASALDUC. In accordance with the Order entered at Docket No. 619, Partial Judgment is entered **DISMISSING** this action **WITH PREJUDICE** as to co-defendant **RAFAEL GONZALEZ CASALDUC**, in its entirety, without the imposition of costs and attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of January, 2026.

*s/ María Antongiorgi-Jordán*
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**